UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

EMANUEL O'TOOLE,

                                    Plaintiff,

-against-

CITY OF NEW YORK, POLICE OFFICER JASON
DOSSANTOS SHIELD #02002, AND JOHN DOE POLICE
OFFICERS 1-3,

                                            Defendants.
------------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

14 CV 4987 (WFK) (JO)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       3/6 , 2015

| | |
|---|---|
| STOLL, GLICKMAN, & BELLINA, LLP<br>*Attorneys for Plaintiff*<br>475 Atlantic Avenue<br>Brooklyn, NY 11217<br><br>By: _____<br>Nicole Bellina<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City and Dossantos*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Pernell M. Telfort<br>*Assistant Corporation Counsel* |

SO ORDERED:

s/WFK

_____
HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE

Dated: Mch 30 , 2015

2